UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jesus Velasquez, Jr.

Case No.: 17-32410
Chapter: 7
Judge: VFP

### NOTICE OF PROPOSED ABANDONMENT

__Nancy Isaacson__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia__ on __January 9, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
927 Emma St
Elizabeth, NJ 07201-1909
Value: $169,324.00

Liens on property:
Specialized Loan Servicing LLC
$486,872.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Nancy Isaacson
Address: 75 Livingston Avenue, Suite 301, Roseland, NJ 07068-3701
Telephone No.: (973) 535-1600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32410-VFP
Jesus Velasquez, Jr.                                                      Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1              Date Rcvd: Dec 06, 2017
                                Form ID: pdf905          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db              Jesus Velasquez, Jr.,    832 Salem Rd,    Union, NJ  07083-7571
cr             +C/O Bank Of America THE BANK OF NEW YORK MELLON FK,    7105 Corporate Dr.,
                 Plano, TX  75024-4100
517161155       Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
517161156      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT  84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA  23238-1119)
517161157       CBNA,    PO Box 6497,    Sioux Falls, SD  57117-6497
517161158       CBNA/Chld,    PO Box 6497,    Sioux Falls, SD  57117-6497
517161160       Homeward Residential,    1525 S Belt Line Rd,    Coppell, TX  75019-4913
517161161       Parker McCay PA,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
517161163       Renaissance Dental,    PO Box 1596,    Indianapolis, IN  46206-1596
517161164       Specialized Loan Servicing LLC,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
517161165       State Farm,    86 State Route 35 S,    Neptune City, NJ  07753-6773
517161166       Stephen Gertler, Esq.,    PO Box 1447,    Wall, NJ  07719-1447
517161167       Terry Legrand and Vivian Legrande,    927 Emma St Fl 2,    Elizabeth, NJ  07201-1909
517161168       Yesenia Lamboy,    927 Emma St Fl 1,    Elizabeth, NJ  07201-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 06 2017 22:59:47      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 06 2017 22:59:43      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
517161159       E-mail/Text: mrdiscen@discover.com Dec 06 2017 22:58:55      Discover,    PO Box 71084,
                 Charlotte, NC  28272-1084
517161162      +E-mail/Text: bkdepartment@rtresolutions.com Dec 06 2017 22:59:57      Real Time Resolutions,
                 1349 Empire Central Dr,    Dallas, TX  75247-4029
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
          Leah E. Capece    on behalf of Debtor Jesus  Velasquez, Jr. lcapece@leclawonline.com
          Nancy Isaacson    nisaacson@greenbaumlaw.com, isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor C/O Bank Of America  THE BANK OF NEW YORK MELLON FKA
           THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
           TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4