UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Specialized Loan Servicing LLC, as servicer for The
Bank of New York Mellon FKA The Bank of New
York, as Trustee for the certificateholders of the
CWALT, Inc., Alternative Loan Trust 2006-OA10
Mortgage Pass-Through Certificates, Series 2006-
OA10

In Re:

      Velasquez Jr., Jesus, fdba All Star Maintenance,
      fdba Velasquez Construction

**Order Filed on January 31, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     17-32410 VFP

Hearing Date: January 30, 2018

Judge:  Vincent F. Papalia

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 31, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of <u>Specialized Loan Servicing LLC, as servicer for The Bank of New York</u> <u>Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWALT, Inc.,</u> <u>Alternative Loan Trust 2006-OA10 Mortgage Pass-Through Certificates, Series 2006-OA10</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■        Real Property More Fully Described as:

**Land and premises commonly known as Lot 554, Block 8,        925-927 Emma Street, Elizabeth, NJ 07201**

☐        Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 17-32410-VFP
Jesus Velasquez, Jr.                                      Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin            Page 1 of 1            Date Rcvd: Feb 01, 2018
                              Form ID: pdf903        Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
db              Jesus Velasquez, Jr.,   832 Salem Rd,   Union, NJ  07083-7571
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor C/O Bank Of America  THE BANK OF NEW YORK MELLON FKA THE
           BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
           TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Leah E. Capece   on behalf of Debtor Jesus  Velasquez, Jr. lcapece@leclawonline.com
          Nancy  Isaacson   nisaacson@greenbaumlaw.com,   isaacson@remote7solutions.com;J101@ecfcbis.com
          Rebecca Ann Solarz   on behalf of Creditor C/O Bank Of America  THE BANK OF NEW YORK MELLON FKA
           THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN
           TRUST 2006-OA10 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA10 rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5
```